IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:10-CR-00327 OWW |
| vs. | ) | ORDER OF RELEASE |
| EDUARDO DIAZ-RIVERA, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on October 18, 2010,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 18, 2010

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1